# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFNAN PARKER,<br><br>                  Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.,*<br><br>                  Defendants. | No. 14-cv-2127 (GK) |

## DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

The Defendants District of Columbia and Charles Jones, by and through undersigned counsel, respectfully move the Court for an extension of time, until March 16, 2015, to respond to Plaintiff's Complaint. The response currently is due on February 19, 2015.

This is the first request for an extension of time sought by Defendants in this matter. Counsel for the District needs additional time to investigate the allegations in the Complaint and formulate a response thereto. Because Plaintiff consents to this extension, no party will be prejudiced.

Pursuant to Local Rule 7(m), undersigned counsel represents that Plaintiff consents to the relief requested in this motion.

                                                  Respectfully submitted,

                                                  KARL A. RACINE
                                                  Attorney General for the District of Columbia

                                                  GEORGE C. VALENTINE
                                                  Deputy Attorney General, Civil Litigation

                                                  /s/ *Jonathan H. Pittman*
                                                  JONATHAN H. PITTMAN (DC. Bar No. 430388)

Chief, Civil Litigation Section III

　/s/ *Shana L. Frost*
SHANA L. FROST (DC. Bar No 458021)
Assistant Attorney General
441 Fourth Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax:  (202) 724-6534
shana.frost@dc.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

AFNAN PARKER,

        Plaintiff,

v.                           No. 14-cv-2127 (GK)

DISTRICT OF COLUMBIA, *et al.,*

        Defendants.

## POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

1. Fed. R. Civ. P. 12.

2. LCvR 7(m).

3. The interests of justice and the inherent power of this Court to control its own docket.

        Respectfully submitted,

        KARL A. RACINE
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation

        /s/ *Jonathan H. Pittman*
        JONATHAN H. PITTMAN (DC. Bar No. 430388)
        Chief, Civil Litigation Section III

        /s/ *Shana L. Frost*
        SHANA L. FROST (DC. Bar No 458021)
        Assistant Attorney General
        441 Fourth Street, NW, 6th Floor South
        Washington, DC 20001
        (202) 724-6534
        Fax:  (202) 724-6534
        shana.frost@dc.gov

        *Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFNAN PARKER, <br><br> Plaintiff, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.,* <br><br> Defendants. | No. 14-cv-2127 (GK) |

### ORDER

Upon consideration of Defendants' Consent Motion for Extension of Time to Respond to Complaint, it is, this _____ day of _____, 2014, hereby

ORDERED that the motion is granted; and it is

FURTHER ORDERED that the Defendants shall respond to the Complaint in this action on or before March 16, 2015.

_____
Hon. Gladys Kessler
United States District Judge