**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AFNAN PARKER,<br><br>         Plaintiff,<br><br>    v.<br><br>DISTRICT OF COLUMBIA, *et al.,*<br><br>         Defendants. | No. 14-cv-2127 (GK) |

**JOINT MOTION FOR A PROTECTIVE ORDER**

Pursuant to Fed. R. Civ. P. 26(c), the parties have conferred and hereby jointly request a Protective Order governing the disclosure of certain information. A proposed Protective Order is attached hereto.

The parties agree that some of the documents relevant to this case, such as internal investigations and personnel records of the Metropolitan Police Department, non-public criminal records, and personal medical and financial information, should be protected from unnecessary public disclosure to "protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense," Fed. R. Civ. P. 26(c), while allowing all parties to prosecute or defend this action properly. The proposed Protective Order will safeguard the parties from unnecessary and potentially harmful disclosure of confidential information while creating appropriate procedures for exchanging confidential information in discovery without the need for frequent consultation or intervention by this Court.

For the foregoing reasons, the parties submit that good cause exists for the entry of a protective order pursuant to Fed. R. Civ. P. 26(c). Pursuant to LCvR 7(m), counsel jointly request that the Court enter the attached proposed Protective Order.

Respectfully submitted,

/s/ *Jeffrey L. Light*
Jeffrey L. Light (DC Bar No. 485360)
1712 Eye Street, NW
Suite 915
Washington, DC 20006
(202) 277-6213
Jeffrey.Light@yahoo.com

*Counsel for plaintiff*

KARL A. RACINE
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation

/s/ *Jonathan H. Pittman*
JONATHAN H. PITTMAN (DC. Bar No. 430388)
Chief, Civil Litigation Section III

/s/ *Shana L. Frost*
SHANA L. FROST (DC. Bar No 458021)
Assistant Attorney General
441 Fourth Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax: (202) 724-6534
shana.frost@dc.gov

*Counsel for Defendants*