UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFNAN PARKER, <br><br>  PLAINTIFF <br> vs. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br>  DEFENDANTS | Case No. 1:14-cv-2127 (GK) |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel respectfully moves the Court for an order permitting him to withdraw from representing Mr. Afnan Parker in this case. Pursuant to Local Rule LCvR 83.6(c), when a party is not represented by other counsel, withdrawal of counsel requires a motion and order from the court.

Counsel for the Defendants indicated that Defendants do not oppose this motion. The only current deadline in this case is for the Defendants to file their Answer on March 16, 2015. There are no hearings currently scheduled in the case.

              Respectfully submitted,

              __/s/ Jeffrey Light_____
                Jeffrey L. Light
                D.C. Bar #485360
                1712 Eye St., NW
                Suite 915
                Washington, DC 20006
                (202)277-6213
                Jeffrey@LawOfficeOfJeffreyLight.com

              *Counsel for Plaintiff*

Dated: March 11, 2015

## CERTIFICATE OF SERVICE

I hereby certify that this 11th day of March, 2015, I have served a copy of the foregoing **UNOPPOSED MOTION TO WITHDRAW AS COUNSEL** on all counsel of record via the CM/ECF system.

I also certify that this 11th day of March, 2015 I have served a copy of the foregoing **UNOPPOSED MOTION TO WITHDRAW AS COUNSEL** and a notice advising Plaintiff to obtain other counsel or to notify the Clerk within 7 days of service of this motion his intent to conduct the case *pro se* or to object to withdrawal. The motion and notice were served on Plaintiff Afnan Parker at his last-known address via First-class mail, postage prepaid:

Afnan Parker
1226 Oates St., NE
Washington, DC 20002

              __/s/ Jeffrey Light_____

                Jeffrey L. Light
                D.C. Bar #485360
                1712 Eye St., NW
                Suite 915
                Washington, DC 20006
                (202)277-6213
                Jeffrey.Light@yahoo.com

              *Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFNAN PARKER, </br></br>        PLAINTIFF </br> vs. </br></br> DISTRICT OF COLUMBIA, *et al.*, </br></br>        DEFENDANTS | Case No. 1:14-cv-2127 (GK) |

## **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

    Withdrawal of undersigned as counsel for Plaintiff is in the interests of justice and will not unreasonably delay the proceedings in this case or prejudice any party. Circumstances have changed such that continued representation is no longer possible.[1]

    The case is in its early stages and no scheduling order has been entered yet. Therefore, no unreasonable delay in the proceedings will occur. No trial date has been set.

    Pursuant to Local Rule LCvR 83.6, undersigned counsel has sent the required notification to Plaintiff, as set forth in the Certificate of Service.

---

[1] Pursuant to D.C. Bar Rules of Professional Conduct Rule 1.6, no further information can be provided to the Court as to the reasons for the withdrawal.

Respectfully submitted,

__/s/ Jeffrey Light_____
   Jeffrey L. Light
   D.C. Bar #485360
   1712 Eye St., NW
   Suite 915
   Washington, DC 20006
   (202)277-6213
   Jeffrey@LawOfficeOfJeffreyLight.com

*Counsel for Plaintiff*