UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AFNAN PARKER, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 14-2127 (GK) |
| DISTRICT OF COLUMBIA, CHARLES JONES, JR. | : |
| Defendants. | : |

## ORDER

This matter is before the Court on Defendants District of Columbia and Charles Jones' Motion to Dismiss [Docket No. 8]. Plaintiff Afnan Parker's counsel withdrew on March 12, 2105, and Plaintiff has not advised the Court that he has retained new counsel. Therefore, Plaintiff is presumably proceeding *pro se* and is advised of the following.

In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice... should include an explanation that the failure to respond...may result in the district court granting the motion and dismissing the case." Id. at 509. In addition, the Court's local rules state that "[w]ithin 14 days of the date of service or at such other time as the Court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion . . . [or] the court may treat the motion as conceded." Local Civil Rule 7(b).

Accordingly, it is hereby

**ORDERED** that Plaintiff shall respond to Defendants' Motion to Dismiss no later than **May 12, 2015.** If Plaintiff does not respond by that date, the Court will treat the motion as conceded and, if the circumstances warrant, will dismiss the case.

April 20, 2015

_____
GLADYS KESSLER
U.S. District Judge