UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFNAN PARKER,<br><br>   Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>   Defendants. | No. 14-cv-2127 (RC) |

## JOINT REPORT PURSUANT TO LOCAL RULE 16.3

Pursuant to Fed. R. Civ. Pro. 26(f) and LCvR 16.3, Defendants (hereinafter the District) and the Plaintiff Afran Parker, appearing pro se, hereby report on the following:

I. **Statement of the Case**

 A. **Plaintiff's Claims:**

[fill in]Plaintiff is alleging sexual assault and common law claims of intentional infliction of emotional distress, battery, and violation of the District of Columbia Human Rights Act. Additionally, Plaintiff brought claims against Mr. Jones, pursuant to 42 U.S.C. § 1983, for violations of his First and Fifth Amendment rights.

 B. **Defendants' Response:**

The District denies Plaintiff's claims.

EXHIBIT A

**Rule 16.3(c) Matters**

1. **Dispositive Motions.** The Court has resolved the District's Motion to Dismiss. The District anticipates filing a motion for summary judgment after discovery. ~~The Plaintiff [fill in whether you think the Court can rule without a trial].~~ The Plaintiff believes summary judgment is inappropriate in this case as there are disputes of material fact that will need to be decided by a jury.

2. **Pleading Amendments and Party Additions.** The Court has denied Plaintiff's motion for leave to amend.

3. **Magistrate Judge.** The parties do not consent to have the case assigned to a magistrate judge for all purposes.

4. **Settlement/Alternative Dispute Resolution.** The District suggests that the case be assigned to the Court's ADR program or a magistrate judge for purposes of settlement discussions after the close of discovery and a ruling on any motion for summary judgment. The Plaintiff agrees to go through settlement and ADR. ~~[fill in].~~/

5. **Summary Judgment.** The District believes that part or all of Plaintiff's claim may be resolved by summary judgment. The Plaintiff believes that summary judgment is inappropriate in this case as there are disputes of material fact that will need to be decided by a jury. ~~[fill in].~~

6. **Initial Disclosures Under Rule 26(a) (1).** The parties do not agree to dispense with initial disclosures pursuant to Federal Rule of Civil Procedure 26(a) (1).

7. **Extent of Discovery.** The parties ask the Court to schedule ~~three~~ six months for discovery as follows:

- Depositions under the parameters of Federal Rule of Civil Procedure 30.

**EXHIBIT A**

- The discovery limits found in the Federal Rule of Civil Procedure 33 shall apply to Interrogatories.

- The discovery limits found in the Federal Rules of Civil Procedure 34 shall apply to Document Productions, including Electronic Discovery.

9. **Exchange of Expert Witness Reports and Information.** The parties ~~do not~~ anticipate the need for expert discovery.

10. **Class Actions.** Not applicable.

11. **Bifurcation and Phases.** The parties do not see a need for bifurcation or to proceed in phases at this time.

12. **Pretrial Conference Date.** The parties agree that a pretrial conference should be scheduled to occur approximately 30 days after the Court has ruled on post-discovery motions.

13. **Trial Date.** The parties propose that a trial date should be scheduled at the pretrial conference.

14. **Other Scheduling Matters.** The parties have no further scheduling matters to present at this time.

II. <u>Rule 16.3(d)</u>

Pursuant to Local Civil Rule 16.3(d), the parties submit a proposed Scheduling Order. Respectfully submitted,

December 21, 2015

*Plaintiff*

KARL A. RACINE
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Jonathan H. Pittman

3

EXHIBIT A

JONATHAN H. PITTMAN [430388]
Chief, Civil Litigation Division Section III

/s/ Sarah L. Knapp
SARAH L. KNAPP [470008]
Assistant Attorney General
441 Fourth Street, N.W., Suite 630 S
Washington, D.C. 20001
(202) 724-6528
Email: sarah.knapp@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AFNAN PARKER,

    Plaintiff,

v.

DISTRICT OF COLUMBIA, et al.,

    Defendants.

No. 14-cv-2127 (RC)

**ORDER**

Upon consideration of the parties' Joint Report, filed pursuant to Federal Rule of Civil Procedure 26(f) and local Civil Rule 16.3, it is this ___ day of _____, 2015, hereby

ORDERED, that this case shall proceed upon the following schedule:

| | |
|---|---|
| Completion of All Discovery | ~~March~~ June 21, 2016 |
| Deadline for Filing Post-Discovery Motions | ~~April~~ August 22, 2016 |
| Deadline for Filing Oppositions to Post-Discovery Motions | ~~May~~ September 23, 2016 |
| Deadline for Filing Replies to Oppositions to Post-Discovery Motions | ~~June~~ October 6, 2016 |
| Pretrial Conference | 30 days after ruling on post-discovery motions |
| Trial | TBD |

And it is FURTHER ORDERED, that initial disclosures are not required; and it is,

FURTHER ORDERED, that all discovery will be in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

SO ORDERED.

EXHIBIT A

6

RUDOLPH CONTRERAS
UNITED STATES DISTRICT JUDGE

EXHIBIT A