UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFNAN PARKER,<br><br>*Plaintiff,*<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.,*<br><br>*Defendants.* | Case No. 1:14-cv-02127 (RC) |

**JOINT STATUS REPORT AND MOTION TO**
**VACATE TRIAL DATE AND PRETRIAL DEADLINES**

Plaintiff Afnan Parker and Defendants District of Columbia and Charles Jones, through their undersigned attorneys, jointly advise the Court that the parties have reached a mutual resolution of all claims asserted in this litigation. As part of that resolution, Mr. Parker has agreed to voluntarily dismiss with prejudice this lawsuit, subject to certain conditions precedent first being met. The parties anticipate that these conditions precedent should be satisfied within 60 days and, at that time, will file a stipulation of dismissal with prejudice.

Trial in this matter is currently scheduled for February 18, 2019, with substantive pretrial deadlines beginning on January 8, 2019. Accordingly, the parties respectfully and jointly request that the Court vacate the trial date and all pending pre-trial deadlines to allow the parties to finalize their settlement. No later than March 1, 2019, the parties will file either a stipulation of dismissal or a joint status report advising the Court of the status of settlement.

A proposed order vacating the trial date and all pretrial deadlines is attached.

Date:  January 3, 2019                                  Respectfully submitted,

  /s/ Benjamin M. Mundel_____
Mark D. Hopson (D.C. Bar No. 394338)
Benjamin M. Mundel (D.C. Bar No. 1018144)
Jacquelyn E. Fradette (D.C. Bar No. 1034328)
Daniel J. Hay (D.C. Bar No. 1047969)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
T:  (202) 736-8000
F:  (202) 736-8711
*Counsel for Plaintiff Afnan Parker*

and

KARL A. RACINE
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ *Alicia M. Cullen*
ALICIA M. CULLEN [1015227]
Acting Chief, Civil Litigation Division Section III

/s/ *Michelle G. Hersh       /amc*
MICHELLE G. HERSH [980097]
Assistant Attorney General
441 4th Street, NW
Sixth Floor South
Washington, D.C. 20001
(202) 807-0368 (office)
(202) 741-8982 (fax)
*Counsel for Defendants District of Columbia*
*and Charles Jones, Jr.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFNAN PARKER,<br><br>  *Plaintiff,*<br><br> v.<br><br>DISTRICT OF COLUMBIA, *et al.,*<br><br>  *Defendants.* | Case No. 1:14-cv-02127 (RC) |

**[PROPOSED] ORDER VACATING TRIAL DATE AND PRETRIAL DEADLINES**

 Upon consideration of the parties' Motion to Vacate Trial Date and Pretrial Deadlines, it is:

 **HEREBY ORDERED** that the February 18, 2019 trial date and all pretrial deadlines are hereby vacated; and it is

 **FURTHER ORDERED** that, no later than March 1, 2019, the parties will file either a stipulation of dismissal or a joint status report advising the Court of the status of settlement.

 **SO ORDERED.**


Dated: _____

                    The Hon. Rudolph Contreras
                    United States District Court Judge